UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Cathy Waldor |
| v. | : | Mag. No. 12-7347 |
| ALDRIN GRANT | : | ORDER FOR CONTINUANCE |

This matter having been opened to the Court by Paul J. Fishman, United States Attorney for the District of New Jersey (James Donnelly, Assistant U.S. Attorney, appearing), and defendant ALDRIN GRANT (Robert Beecher, Esq., appearing) for an order granting a continuance of the proceedings in the above-captioned matter; and the defendant being aware that he has the right under 18 U.S.C. § 3161(b) to have the matter presented to a Grand Jury within thirty (30) days of his arrest; and the defendant through his attorney having waived such rights and consented to the continuance; and this being the second continuance presented to the Court; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations currently are in progress, and both the United States and the defendant desire additional time to enter the plea in Court, which would thereby render trial of this matter unnecessary.

2. Defendant has consented to the aforementioned continuance.

3. The grant of a continuance will likely conserve judicial resources.

4. Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the

defendant in a speedy trial.

WHEREFORE, it is on this 6th day of June, 2013,

ORDERED that the proceedings in the above-captioned matter are continued from June 10, 2013 through and including August 10, 2013; and

IT IS FURTHER ORDERED that the period between June 10, 2013 through and including August 10, 2013 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HON. CATHY WALDOR
United States Magistrate Judge

_____
Robert Beecher, Esq.
Attorney for ALDRIN GRANT

Date: 6/9/13

/S/ James Donnelly
_____
AUSA James Donnelly

Date: 6/9/13